# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DEREK DEWAYNE SMITH**                                                                        **PETITIONER**

v.                              **CASE NO. 2:25-CV-00191-BSM-PSH**

**HUMPHREY**
**Warden, FCI Forrest City**                                                                   **RESPONDENT**

## ORDER

    United States Magistrate Judge Patricia S. Harris's findings and recommendation [Doc. No. 6] is adopted, and Derek Smith's motion for a temporary restraining order [Doc. No. 5] is denied because the relief he seeks in his petition—immediate recalculation of his conditional placement date—is not warranted at this time. This is true for four reasons. First, granting Smith's motion would interfere with the complex and intractable problems associated with prison administration. Second, Respondent Warden Humphrey has not yet been served with the petition. Third, it is impossible at this stage to know whether Smith will succeed on the merits. Finally, granting Smith's motion at this time would essentially grant him the relief he seeks in the petition.

    IT IS SO ORDERED this 17th day of October, 2025.

 

                                                                      UNITED STATES DISTRICT JUDGE