# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**DEREK DEWAYNE SMITH**                                            **PETITIONER**
**Reg. No. 07655-579**

**v.**                              **CASE NO. 2:25-CV-00191-BSM**

**WARDEN HUMPHREY**                                            **RESPONDENT**

## <u>ORDER</u>

After careful review of the record, United States Magistrate Judge Patricia S. Harris's

recommended disposition [Doc. No. 35] is adopted, and Derek Smith's petition for writ of

habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 10th day of April, 2026.


_____
UNITED STATES DISTRICT JUDGE