### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**DEREK DEWAYNE SMITH**                                        **PETITIONER**
**Reg. No. 07655-579**

**v.**                          **CASE NO. 2:25-CV-00191-BSM**

**WARDEN HUMPHREY**                                          **RESPONDENT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE